AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Triple7Vaping.com, LLC and Jason W. Cugle <br><br> *Plaintiff(s)* <br> v. <br> Shipping & Transit LLC <br><br> *Defendant(s)* | Civil Action No. <br><br> 16CV80855-Middlebrooks/Brannon |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Shipping & Transit LLC
C/o Registered Agent
United States Corporation Agents, Inc.,
13302 Winding Oaks Court, Suite A
Tampa, Florida 33612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew Sarelson
Kaplan Young & Moll Parrón
Brickell World Plaza
600 Brickell Avenue, Suite 1715
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 31, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts