UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-80855-MIDDLEBROOKS/BRANNON

TRIPLE7VAPING.COM, LLC,
and JASON W. CUGLE,

    Plaintiffs,

v.

SHIPPING & TRANSIT LLC,

    Defendant.
_____/

## ORDER RE-OPENING CASE IN LIGHT OF AMENDED COMPLAINT

The Clerk of Court shall **RE-OPEN** this case in light of the Amended Complaint (DE 55).

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 21st day of December, 2016.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record